UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**United States of America**

    **v.**                                    Case No. 12-cr-03-PB

**Walter Williams and**
**Shyloe Johnson**

### O R D E R

Defendant Shyloe Johnson has moved through counsel to continue the trial scheduled for March 6, 2012, citing the need for additional time to review discovery and prepare a defense. The government and co-defendant, Walter Williams, do not object to a continuance of the trial date.

Accordingly, for the above reason and to allow time for the parties to properly prepare for trial, the court will continue the trial from March 6, 2012 to May 1, 2012. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

The February 17, 2012 final pretrial conference is continued to April 25, 2012 at 3:00 p.m.

SO ORDERED.

/s/Paul Barbadoro<br>
Paul Barbadoro<br>
United States District Judge

February 7, 2012

cc: Robert Daniels, Esq.
    Behzad Mirhashem, Esq.
    Helen Fitzgibbon, AUSA
    United States Probation
    United States Marshal