**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**


**United States of America**

    **v.**                                       Case No. 12-cr-03-PB

**Walter Williams, et al.**


**O R D E R**


Defendant has moved through counsel to continue the trial scheduled for June 5, 2012, citing anticipated additional charges and the need for additional time to engage in further plea negotiations or prepare for trial.  The government and co-defendant, Shyloe Johnson, do not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow time for the parties to properly prepare for trial, the court will continue the trial from  June 5, 2012 to August 21, 2012.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

The court will hold a final pretrial conference on July 31, 2012 at 2:00 p.m.  No further continuances.

SO ORDERED.


                                        /s/Paul Barbadoro
                                        Paul Barbadoro
                                        United States District Judge


May 29, 2012

cc:  Robert Daniels, Esq.
     Behzad Mirhashem, Esq.
     Helen Fitzgibbon, AUSA
     United States Probation
     United States Marshal